

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,923

### RICKEY DONNELL CUMMINGS, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM CAUSE NO. 2011-1315-C1
### IN THE 19TH DISTRICT COURT
### McLENNAN COUNTY

**PRICE, J., filed an opinion concurring in part and dissenting in part.**

### CONCURRING AND DISSENTING OPINION

I concur in the Court's judgment affirming the appellant's conviction for capital

murder. But, for reasons developed in my dissenting statement in *Ex parte Panetti*,[1] I dissent

to the Court's judgment upholding the appellant's sentence of death.

FILED: December 17, 2014
DO NOT PUBLISH

---

[1] *Ex parte Panetti*, ___ S.W.3d ___, No. WR-37,145-04, 2014 Tex. Crim. App. LEXIS 1074, at *2-9 (Tex. Crim. App. Nov. 26, 2014) (Price, J., dissenting).